United States Courts
Southern District of Texas
FILED

MAY 2 8 2025

Nathan Ochsner, Clerk of Court

## UNITED STATES BANKRUPTCY COURT FOR THE

## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Angela Renee Davenport, | ) ) | Bankruptcy Case: 25-32705 |
| Debtor | ) ) | |
| Angela Renee Davenport, | ) ) | Honorable: Judge Eduardo V Rodriguez |
| Plaintiff | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF | ) ) | |
| EDUCATION, | ) ) | |
| Sallie Mae Bank, Defendants | ) | |
| Mary B Davenport | | |

### Complaint to Determine Dischargeability of Student Loan

1. I, Angela Renee Davenport, bring this action, pro se, for the discharge of my federal student loan debt under the "undue hardship" provision set out in 11 U.S.C. $523(a)(8).

2. I filed a Chapter 7 Bankruptcy. This Court thus has jurisdiction over this action under 28 U.S.C. §1334. This proceeding is a core proceeding. I consent to the entry of final orders of judgment by the Bankruptcy Court in this matter.

3. These student loans, in their original amounts of $2878, $4378, $3000, $1500, $6500, $3133, $3500, $4273, $4500, $6000, $4338, $4500, $4500, $2250, and $2250, were incurred to pay tuition at Houston Community College to obtain a degree in Nursing, San Jacinto Community College District to obtain a degree in Business , Lamar University to obtain a degree in Nursing, and University of Houston to obtain a degree in French. I did not complete the degree in Nursing at Houston Community College. I withdrew from the Nursing program at Houston Community College. I did not complete the degree in Business at San Jacinto Community College District. I withdrew from the Business program at San Jacinto Community College District. I did not complete the degree in Nursing at Lamar University. I withdrew from the Nursing program at Lamar University. I did not

complete the degree in French at University of Houston.  I withdrew from the French program at University of Houston.

4. My income is insufficient to meet my basic living expenses and pay back my student loan debt, as shown on Schedules I and J filed in this case.

5. **Future Inability to Repay Student Loans:**

The court should presume that I will remain unable to repay my student loan debt in accordance with the presumption of hardship criteria outlined on page 9, section B of the "Departmental Guidance Regarding Student Loan Bankruptcy Litigation." This presumption is based on my experience of the hardships listed below.

I.   I have failed to obtain a degree for which the loan(s) were procured (Student Loan Discharge Guidance IV.B.4)

III. I am not currently employed.

V.   I have a disability or chronic injury impacting my income potential (Student Loan Discharge Guidance IV.B.2)

1. I suffer from severe depression, anxiety and chronic high stress levels. These conditions affect my daily functioning, ability to work consistently, my health, and overall quality of life, making it extremely difficult to maintain stable income or manage financial obligations including student loan repayment.

6. I have demonstrated good faith with regard to repayment of my student loan debt.

I.   The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - Houston Community College - *****2980U16G10633001" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - San Jacinto Community College District - *****2980U21G03609001" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - University of Houston - *****2980U16G03652001" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD SUBSIDIZED - San Jacinto Community College District - *****2980S20G03609001" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - University of Houston - *****2980U15G03652001" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - San Jacinto Community College District - *****2980U20G03609001" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD SUBSIDIZED - Houston Community College - *****2980S12G10633001" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - Houston Community College - *****2980U17G10633001" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD SUBSIDIZED - Houston Community College - *****2980S19G10633001" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - Houston Community College - *****2980U19G10633001" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD UNSUBSIDIZED - Houston Community College - *****2980U18G10633002" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD SUBSIDIZED - Houston Community College - *****2980S17G10633001" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD SUBSIDIZED - Houston Community College - *****2980S18G10633002" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD SUBSIDIZED - University of Houston - *****2980S16G03652001" was in forbearance for 29 months.

The loan identified as "DIRECT STAFFORD SUBSIDIZED - Houston Community College - *****2980S16G10633001" was in forbearance for 29 months.

II. I have been on a student loan repayment program.

III. I have made good faith efforts to obtain and maintain employment in addition to maximizing income and minimizing expenses in order to pay as much as possible toward my student loan debt.

7. Some of the unsecured debts I owe and listed in Schedule E/F are student loans owing to Defendant, the Department of Education. With accumulated interest, Defendant claims that the amount that was owed on the student loans when this case was filed was $62,179.99.

8. The Defendant, the Department of Education, is responsible for the overall operation of the guaranteed federal student loan program.

**Dischargeability of Private Student Loan (Sallie Mae Bank)**

9. I also seek the discharge of a private student loan originated by Sallie Mae Bank, identified as a "Smart Option Loan." Upon information and belief, this loan is not a "qualified education loan" as defined by 26 U.S.C. § 221(d), and is therefore not excepted from discharge under 11 U.S.C. § 523(a)(8).

10. This Sallie Mae loan is a private, non-federally guaranteed loan. A substantial portion of the loan funds was refunded directly to me and used, in part, for non-educational expenses such as rent, transportation, and other necessary living costs. The total amount disbursed significantly exceeded the actual cost of attendance. The loan did not operate under the protections or terms associated with federal student aid and was not made solely for qualified higher education expenses. Accordingly, it does not meet the definition of a "qualified education loan" under 26 U.S.C. § 221(d).

11. Attached as Exhibits A and B are term summaries from the University of Houston for Fall 2014 and Spring 2015, showing the Smart Option Loan disbursements:

   •In Fall 2014, I received $6,000 in Smart Option Loan funds, while tuition and fees totaled only $2,700, resulting in a refund of $5,451.15. (See Exhibit A)

   •In Spring 2015, I again received $6,000 in disbursements, while tuition and fees were $3,300, resulting in a refund of $5,437. (See Exhibit B)

These records confirm that the disbursed funds were not used exclusively for educational purposes and that the loan significantly exceeded the cost of attendance. This supports the conclusion that the loan is not entitled to protection under § 523(a)(8) and should be considered a general unsecured debt.

12. Since the loan first disbursed in 2014, I have consistently made monthly payments and also applied for hardship-based repayment assistance programs. Despite these efforts, I have been unable to sustain repayment due to financial hardship, lack of income, and the absence of a completed degree. My payment history and attempts to seek relief demonstrate a good faith effort to repay the loan. Based on case law including Homaidan v. Sallie Mae, Inc., courts have determined that private loans of this nature — which exceed the cost of attendance, were used for non-educational purposes, and lack federal protections — are dischargeable under § 523(a)(8).

13. The loan also includes a co-signer, Mary B. Davenport, who may be subject to collection if the loan is not discharged. My co-signer is elderly, retired, and living on a fixed income, and she lacks the financial means to repay this obligation. Continued collection efforts against her would undermine the purpose of my bankruptcy discharge and create additional financial and emotional hardship for both of us. I respectfully request that the Court discharge her obligation as well pursuant to 11 U.S.C. § 524(a).

WHEREFORE, I respectfully request that the Court enter an order declaring that the full balance of the Sallie Mae Smart Option Loan — $20,716.26, as of the date my bankruptcy case was filed — is dischargeable under 11 U.S.C. § 523(a)(8), on the grounds that it is a private, non-qualified education loan which exceeded the cost of attendance and was used in part for non-educational expenses. I further request that all obligations of both myself and my co-signer, Mary B. Davenport, who is elderly, retired, and living on a fixed income, be legally released pursuant to 11 U.S.C. § 524(a). I also request such other and further relief as the Court deems just and proper.

Date: 5-28-25

Respectfully filed,

Angela Renee Davenport

Pro Se Plaintiff

P.O. Box 84611 Pearland, TX 77584

theangeladavenport@gmail.com

Service List

United States Attorney's Office
Attn: Civil Division for U.S. Department of Education
1000 Louisiana
Ste. 2300
Houston, TX 77002

Attorney General of the United States
Department of Justice, Room B-103
950 Pennsylvania Ave NW
Washington DC 20530-0001

United States Department of Education
Attn: General Counsel
400 Maryland Avenue, SW
Washington, DC 20202

Office of the United States Trustee
515 Rusk Street, Suite 3516 Houston, TX
77002

Sallie Mae
P.O. Box 3229
Wilmington, DE 19804

Mary B Davenport
4111 Almond Lake Dr
Houston, Tx 77047

# Exhibit A- Fall 2014 Term Summary

## (University of Houston)



# Statement of Account for Fall 2014

University of Houston
Cashier's Office - WC Room 114, Houston, Texas 77204-6032      Phone: 713/743-1010

Student: Davenport,Angela
Student ID: 1395659

Date Created: May 20, 2025
Time Created: 5:21 PM

## Account Details for Fall 2014

### Financial Aid

| Source | Amount | Balance |
|---|---|---|
| FED DIRECT LOAN-UNSUB 12 | $-2,723.00 | |
| FED DIRECT LOAN-UNSUB 12 | $-493.00 | |
| SMART OPT STUDENT LN 091 ELM 1 | $-5,451.15 | |
| SMART OPT STUDENT LN 091 ELM 1 | $-509.00 | |
| SMART OPT STUDENT LN 091 ELM 1 | $-39.85 | |
| **Financial Aid total:** | **$-9,216.00** | |

### Payments

| Source | Amount | Balance |
|---|---|---|
| Payment-Credit Card-Thank You | $-60.00 | |
| **Payments total:** | **$-60.00** | |

### SFS Payment Deferral Plan

| Source | Amount | Balance |
|---|---|---|
| Emergency Deferment Due | $3,232.00 | $0.00 |
| Emergency Deferment Plan | $-2,700.00 | |
| Emergency Deferment Plan | $-532.00 | |
| **SFS Payment Deferral Plan total:** | **$0.00** | |

### Loan

| Source | Amount | Balance |
|---|---|---|
| Loan Interest University Fund | $39.85 | $0.00 |
| **Loan total:** | **$39.85** | |

### Academic Fees

| Source | Amount | Balance |
|---|---|---|
| Thea Student Supp/Perf Pass Fe | $55.00 | $0.00 |
| **Academic Fees total:** | **$55.00** | |

### Mandatory Fees

| Source | Amount | Balance |
|---|---|---|
| Fee - Student Services | $250.00 | $0.00 |
| Fee - University Center | $135.00 | $0.00 |
| Fee - Rec & Well Ct | $92.00 | $0.00 |
| **Mandatory Fees total:** | **$477.00** | |

**Optional and Special Fees**

| Source | Amount | Balance |
|---|---|---|
| WC Garage Student Permits | $463.00 | $0.00 |
| UH Testing Services | $10.00 | $0.00 |
| UH Testing Services | $10.00 | $0.00 |
| UH Testing Services | $10.00 | $0.00 |
| Orientation | $60.00 | $0.00 |
| **Optional and Special Fees total:** | **$553.00** | |

**Tuition and Consolidated Fees**

| Source | Amount | Balance |
|---|---|---|
| **Tuition and Consolidated Fees:** | **$2700.00** | **$0.00** |

**Refunds**

| Source | Amount | Balance |
|---|---|---|
| Credit Balance Refund | $5,451.15 | $0.00 |
| **Refunds total:** | **$5,451.15** | |

**Fall 2014 balance:    $0.00**



**Please see the back of this statement for important information about account terms relating to payments, credit reporting, and how to contact us.**

ANGELA R DAVENPORT

**Billing Summary**

Account Number    : 5242599233
Loan Group Number: 5852-5000-1724-8672
Billing Period        : 11/14/14 to 12/11/14

**Activity Summary**

| | |
|---|---|
| Previous Statement Balance | $0.00 |
| Disbursements & Capitalized Fees (+) | $6,000.00 |
| Current Billing Period Interest & Fees (+) | $13.56 |
| Payments Since Last Bill (-) | $0.00 |
| Current Balance | $6,013.56 |

**Payment Information**

| | |
|---|---|
| Past Due Amount (Pay Now) | $0.00 |
| Late Fee for Past Due Amount | $0.00 |
| Pay Past Due Amount by this Date to Avoid Late Fee | //15 |
| Current Amount Due | $25.00 |
| Current Amount Due Date | 01/06/15 |
| Pay Current + Past Due Amount by this Date to Avoid Additional Late Fee | 01/21/15 |
| Previously Assessed Fees Due | $0.00 |
| Total Amount Due (Past due + Current + Previously Assessed Fees) | $25.00 |

## Loan Information as of 12/11/14

| Loan ID | Current Balance | | | | | Payment Due | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Approved Loan Amount | Current Principal | Interest Rate (F/V) | Unpaid Interest & Fees | Total Current Balance | Monthly Payment Amount | Payment Amounts Past Due | Unpaid Fees | Total Payment Amount |
| 8672 | $12,000.00 | $6,000.00 | 7.500V | $13.56 | $6,013.56 | $25.00 | $0.00 | $0.00 | $25.00 |
| Subtotals | $12,000.00 | $6,000.00 | | $13.56 | $6,013.56 | $25.00 | $0.00 | $0.00 | $25.00 |

## Transaction Activity Summary

| Trans Date | Post Date | Transactions Description | Amount |
|---|---|---|---|
| 12/01/14 | 12/01/14 | LOAN DISBURSEMENT | $6,000.00 |
| 12/11/14 | 12/11/14 | *ACCRUED INTEREST* | $13.56 |

1045     L4H     001   7   11   141211   0          PAGE 1 of 3          1 0  9108  0000  N072



| Loan Group Number | Due Date | Monthly Payment Due | Past Due Payment Amounts | Total Current Unpaid Fees | Total Payment Amount | Amount Enclosed |
|---|---|---|---|---|---|---|
| 5852-5000-1724-8672 | 01/06/15 | $25.00 | $0.00 | $0.00 | $25.00 | |

Make checks payable to Sallie Mae

(U.S. Currency only - Do not send cash)

ANGELA R DAVENPORT
4111 ALMOND LAKE DR
HOUSTON TX 77047-6769

SALLIE MAE
P. O. BOX 8459
PHILADELPHIA PA 19101-8495

# Exhibit B- Spring 2015 Term Summary

## (University of Houston)



# Statement of Account for Spring 2015

University of Houston
Cashier's Office - WC Room 114, Houston, Texas 77204-6032       Phone: 713/743-1010

Student: Davenport,Angela
Student ID: 1395659

*Date Created: May 20, 2025*
*Time Created: 5:23 PM*

## Account Details for Spring 2015

### Financial Aid

| Source | Amount | Balance |
|---|---|---|
| FED DIRECT LOAN-UNSUB 12 | $-2,853.60 | |
| FED DIRECT LOAN-UNSUB 12 | $-362.40 | |
| SMART OPT STUDENT LN 091 ELM 1 | $-5,883.40 | |
| SMART OPT STUDENT LN 091 ELM 1 | $-116.60 | |
| **Financial Aid total:** | **$-9,216.00** | |

### Academic Fees

| Source | Amount | Balance |
|---|---|---|
| Foreign Lang Lab-Lab Fee | $2.00 | $0.00 |
| **Academic Fees total:** | **$2.00** | |

### Mandatory Fees

| Source | Amount | Balance |
|---|---|---|
| Fee - Student Services | $250.00 | $0.00 |
| Fee - University Center | $135.00 | $0.00 |
| Fee - Rec & Well Ct | $92.00 | $0.00 |
| **Mandatory Fees total:** | **$477.00** | |

### Tuition and Consolidated Fees

| Source | Amount | Balance |
|---|---|---|
| **Tuition and Consolidated Fees:** | **$3300.00** | **$0.00** |

### Refunds

| Source | Amount | Balance |
|---|---|---|
| Credit Balance Refund | $5,437.00 | $0.00 |
| **Refunds total:** | **$5,437.00** | |

**Spring 2015 balance:      $0.00**



**Please see the back of this statement for important information about account terms relating to payments, credit reporting, and how to contact us.**

ANGELA R DAVENPORT

**Billing Summary**

Account Number : 5242599233
Loan Group Number: 5852-5000-1724-8672
Billing Period : 01/12/15 to 02/11/15

| Activity Summary | |
|---|---|
| Previous Statement Balance | $6,026.78 |
| Disbursements & Capitalized Fees (+) | $6,000.00 |
| Current Billing Period Interest & Fees (+) | $66.58 |
| Payments Since Last Bill (-) | $25.00 |
| Current Balance | $12,068.36 |

**Payment Information**

| | |
|---|---|
| Past Due Amount (Pay Now) | $0.00 |
| Late Fee for Past Due Amount | $0.00 |
| Pay Past Due Amount by this Date to Avoid Late Fee | 02/21/15 |
| Current Amount Due | $25.00 |
| Current Amount Due Date | 03/06/15 |
| Pay Current + Past Due Amount by this Date to Avoid Additional Late Fee | 03/21/15 |
| Previously Assessed Fees Due | $0.00 |
| Total Amount Due (Past due + Current + Previously Assessed Fees) | $25.00 |

## Loan Information as of 02/11/15

| | Current Balance | | | | | Payment Due | | | |
|---|---|---|---|---|---|---|---|---|---|
| Loan ID | Approved Loan Amount | Current Principal | Interest Rate (F/N) | Unpaid Interest & Fees | Total Current Balance | Monthly Payment Amount | Payment Amounts Past Due | Unpaid Fees | Total Payment Amount |
| 8672 | $12,000.00 | $12,000.00 | 7.600V | $68.36 | $12,068.36 | $25.00 | $0.00 | $0.00 | $25.00 |
| Subtotals | $12,000.00 | $12,000.00 | 7.600V | $68.36 | $12,068.36 | $25.00 | $0.00 | $0.00 | $25.00 |

## Transaction Activity Summary

| Trans Date | Post Date | Transactions Description | Amount |
|---|---|---|---|
| 01/20/15 | 01/20/15 | LOAN DISBURSEMENT | $6,000.00 |
| 02/05/15 | 02/05/15 | PAYMENT | ($25.00) |
| 02/11/15 | 02/11/15 | *ACCRUED INTEREST* | $66.58 |

1045     L4H     001  7  11  150211  0          PAGE 1 of 3      1 0 9108 0000 N072



| Loan Group Number | Due Date | Monthly Payment Due | Past Due Payment Amounts | Total Current Unpaid Fees | Total Payment Amount | Amount Enclosed |
|---|---|---|---|---|---|---|
| 5852-5000-1724-8672 | 03/06/15 | $25.00 | $0.00 | $0.00 | $25.00 | |

Make checks payable to Sallie Mae

(U.S. Currency only - Do not send cash)

ANGELA R DAVENPORT
4111 ALMOND LAKE DR
HOUSTON TX 77047-6769

SALLIE MAE
P. O. BOX 8459
PHILADELPHIA PA 19101-8495

sallie
mae·

P.O. Box 8319
Wilmington, DE 19804-4319
salliemae.com

ANGELA R DAVENPORT
4111 ALMOND LAKE DR
HOUSTON  TX  77047-6769                    172711

**Loan Number: 5852 5000 1724 8672**

July 11, 2024

Angela,

Thank you for talking to us about how to lower your payment. As discussed, your loan is eligible for a Loan Modification program. Previously, we required you to make three qualifying payments to enroll in the program. We've recently updated our policies, and as a result, your loan(s) are now fully enrolled in the program. Check out your billing statement for your new Current Amount Due.

**If your loan was delinquent at the time of the request:**

- Enrollment in the program won't change any information previously reported to the consumer reporting agencies.
- A re-age may be applied, if available, to bring the loan current once you make three consecutive payments at the modified payment amount. In that case, any Unpaid Interest will be added to the Current Principal (capitalized) which increases the Total Loan Cost. If a re-age is not applied, any past due payments from prior to program enrollment will be reset to the modified payment amount and will be your responsibility to make.

If you think of any questions, call us at 800-472-5543.

Sallie Mae

This is an attempt to collect a debt and information obtained will be used for that purpose.

© 2024 Sallie Mae Bank. All rights reserved. Sallie Mae is a registered service mark of Sallie Mae Bank.

sallie
mae˙

P.O. Box 8319
Wilmington, DE 19804-4319
salliemae.com

ANGELA R DAVENPORT
4111 ALMOND LAKE DR
HOUSTON TX 77047-6769          17318

Loan Number: 5852 5000 1724 8672

September 10, 2024

Angela,

Thank you for completing your enrollment for the Loan Modification program. As a result, your loan(s) are now current.

If you think of any questions, call us at 800-472-5543.

Sallie Mae

This is an attempt to collect a debt and information obtained will be used for that purpose.

© 2024 Sallie Mae Bank. All rights reserved. Sallie Mae is a registered service mark of Sallie Mae Bank.

File Source:U.S. DEPARTMENT OF EDUCATION, NATIONAL STUDENT LOAN DATA SYSTEM (NSLDS)
File Request Date:2025-05-04 02:12:26
Student First Name:ANGELA
Student Middle Initial:R
Student Last Name:DAVENPORT
Student Street Address 1:4111 ALMOND LAKE DR
Student Street Address 2:
Student City:HOUSTON
Student State Code:TX
Student Country Code:US
Student Zip Code:77047
Student Email Address:angeladavenport01@YAHOO.COM
Student Home Phone Country Code:1
Student Home Phone Number:8329147099
Student Home Phone Preferred:No
Student Cell Phone Country Code:1
Student Cell Phone Number:8329147099
Student Cell Phone Preferred:Yes
Student Work Phone Country Code:
Student Work Phone Number:8329147099
Student Work Phone Preferred:
Student SULA Maximum Eligibility Period:0
Student SULA Subsidized Usage Period:0
Student SULA Remaining Eligibility Period:0
Student Enrollment Status Code:N
Student Enrollment Status Code Description:WITHDRAWN
Student Enrollment Status Effective Date:10/17/2023
Undergraduate Subsidized Loan Limit Flag:Close to Subsidized Limit
Undergraduate Combined Loan Limit Flag:Close to Subsidized Limit
Undergraduate Award Year:2021
Undergraduate Dependency Indicator:Independent
Undergraduate Aggregate Subsidized Total:$23,000.00
Undergraduate Aggregate Unsubsidized Total:$34,500.00
Undergraduate Aggregate Combined Total:$57,500.00
Graduate Subsidized Loan Limit Flag:No loans for category or NOT E, C, R
Graduate Combined Loan Limit Flag:No loans for category or NOT E, C, R
Graduate Award Year:
Graduate Dependency Indicator:Independent
Graduate Aggregate Subsidized Total:$0.00
Graduate Aggregate Unsubsidized Total:$0.00
Graduate Aggregate Combined Total:$0.00
Aggregate Subsidized Total (Undergraduate and Graduate):$23,000.00
Aggregate Unsubsidized Total (Undergraduate and Graduate):$34,500.00
Aggregate Combined Total (Undergraduate and Graduate):$57,500.00
Student Total All Loans Outstanding Principal:$57,592.47
Student Total All Loans Outstanding Interest:$4,587.52
Student Pell Lifetime Eligibility Used:550.031%
Student Iraq and Afghanistan Service Lifetime Eligibility Used:0.000%
Student Total All Grants:$32,710.00
Type Code:D1
Type Description:DIRECT STAFFORD SUBSIDIZED
Total <D1> Outstanding Principal:$23,092.47
Total <D1> Outstanding Interest:$176.92
Type Code:D2
Type Description:DIRECT STAFFORD UNSUBSIDIZED
Total <D2> Outstanding Principal:$34,500.00
Total <D2> Outstanding Interest:$4,410.60
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****2980U21G03609001
Loan Attending School Name:San Jacinto Community College District
Loan Attending School OPEID:00360900

```
Loan Amount:$4,378.00
Loan Disbursed Amount:$4,378.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$4,378.00
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$32.30
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:2.75%
Loan Actual Interest Rate:0.00%
Loan Statutory Interest Rate:2.75%
Loan Repayment Plan Type Code:I5
Loan Repayment Plan Type Code Description:Saving on a Valuable Education (SAVE)
Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Fifth Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2021
Capitalized Interest:$0.00
Net Loan Amount:$4,378.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$4,378.00
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$4,378.00
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:10/18/2023
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:03/02/2022
Loan Status:IG
```

Loan Status Effective Date:10/26/2020
Loan Disbursement Date:04/20/2021
Loan Disbursement Amount:$437.00
Loan Disbursement Date:04/06/2021
Loan Disbursement Amount:$438.00
Loan Disbursement Date:03/22/2021
Loan Disbursement Amount:$1,314.00
Loan Disbursement Date:11/17/2020
Loan Disbursement Amount:$437.00
Loan Disbursement Date:10/27/2020
Loan Disbursement Amount:$438.00
Loan Disbursement Date:10/26/2020
Loan Disbursement Amount:$1,314.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:
Loan Contact Zip Code:
Loan Contact Phone Number:855-337-6884
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****2980S20G03609001
Loan Attending School Name:San Jacinto Community College District
Loan Attending School OPEID:00360900
Loan Date:04/07/2020
Loan Repayment Begin Date:03/02/2022
Loan Period Begin Date:01/13/2020
Loan Period End Date:05/08/2020
Loan Amount:$1,500.00
Loan Disbursed Amount:$1,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$1,500.00
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$9.47
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:4.53%
Loan Actual Interest Rate:0.00%
Loan Statutory Interest Rate:4.53%
Loan Repayment Plan Type Code:I5
Loan Repayment Plan Type Code Description:Saving on a Valuable Education (SAVE)
Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0

Net Loan Amount:$1,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$1,500.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$1,500.00
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:10/18/2023
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:03/02/2022
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:09/01/2021
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:04/07/2020
Loan Disbursement Date:04/14/2020
Loan Disbursement Amount:$300.00
Loan Disbursement Date:04/07/2020
Loan Disbursement Amount:$1,200.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:
Loan Contact Zip Code:
Loan Contact Phone Number:855-337-6884
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****2980U20G03609001
Loan Attending School Name:San Jacinto Community College District
Loan Attending School OPEID:00360900

Loan Amount:$3,133.00
Loan Disbursed Amount:$3,133.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$3,133.00
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$38.08
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:4.53%
Loan Actual Interest Rate:0.00%
Loan Statutory Interest Rate:4.53%
Loan Repayment Plan Type Code:I5
Loan Repayment Plan Type Code Description:Saving on a Valuable Education (SAVE)
Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2020
Capitalized Interest:$0.00
Net Loan Amount:$3,133.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$3,133.00
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$3,133.00
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:10/18/2023
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:03/02/2022
Loan Status:IG

Loan Status Effective Date:04/07/2020
Loan Disbursement Date:04/14/2020
Loan Disbursement Amount:$625.00
Loan Disbursement Date:04/07/2020
Loan Disbursement Amount:$2,508.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:
Loan Contact Zip Code:
Loan Contact Phone Number:855-337-6884
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****2980S19G10633001
Loan Attending School Name:Houston Community College
Loan Attending School OPEID:01063300
Loan Date:09/19/2018
Loan Repayment Begin Date:03/02/2022
Loan Period Begin Date:08/27/2018
Loan Period End Date:05/12/2019
Loan Amount:$4,500.00
Loan Disbursed Amount:$4,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$4,500.00
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$31.73
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:5.05%
Loan Actual Interest Rate:0.00%
Loan Statutory Interest Rate:5.05%
Loan Repayment Plan Type Code:I5
Loan Repayment Plan Type Code Description:Saving on a Valuable Education (SAVE)
Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2019
Capitalized Interest:$0.00
Net Loan Amount:$4,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$4,500.00
Calculated Unsubsidized Aggregate OPB:

Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$4,500.00
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:10/18/2023
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:03/02/2022
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:09/01/2021
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:09/19/2018
Loan Disbursement Date:02/05/2019
Loan Disbursement Amount:$2,250.00
Loan Disbursement Date:09/19/2018
Loan Disbursement Amount:$2,250.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:
Loan Contact Zip Code:
Loan Contact Phone Number:855-337-6884
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****2980U19G10633001
Loan Attending School Name:Houston Community College
Loan Attending School OPEID:01063300
Loan Date:09/19/2018
Loan Repayment Begin Date:03/02/2022
Loan Period Begin Date:08/27/2018
Loan Period End Date:05/12/2019
Loan Amount:$6,000.00
Loan Disbursed Amount:$6,000.00
Loan Canceled Amount:$0.00
Loan Canceled Date:

Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:5.05%
Loan Actual Interest Rate:0.00%
Loan Statutory Interest Rate:5.05%
Loan Repayment Plan Type Code:I5
Loan Repayment Plan Type Code Description:Saving on a Valuable Education (SAVE)
Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2019
Capitalized Interest:$0.00
Net Loan Amount:$6,000.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$6,000.00
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$6,000.00
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:10/18/2023
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:03/02/2022
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:09/01/2021
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:09/19/2018
Loan Disbursement Date:02/05/2019
Loan Disbursement Amount:$3,000.00
Loan Disbursement Date:09/19/2018

Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:
Loan Contact Zip Code:
Loan Contact Phone Number:855-337-6884
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****2980S18G10633002
Loan Attending School Name:Houston Community College
Loan Attending School OPEID:01063300
Loan Date:10/10/2017
Loan Repayment Begin Date:03/02/2022
Loan Period Begin Date:08/28/2017
Loan Period End Date:05/13/2018
Loan Amount:$4,500.00
Loan Disbursed Amount:$4,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$4,500.00
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$27.96
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:4.45%
Loan Actual Interest Rate:0.00%
Loan Statutory Interest Rate:4.45%
Loan Repayment Plan Type Code:I5
Loan Repayment Plan Type Code Description:Saving on a Valuable Education (SAVE)
Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2018
Capitalized Interest:$0.00
Net Loan Amount:$4,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$4,500.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$4,500.00
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00

Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:10/18/2023
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:03/02/2022
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:09/01/2021
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:10/10/2017
Loan Disbursement Date:03/06/2018
Loan Disbursement Amount:$2,250.00
Loan Disbursement Date:10/10/2017
Loan Disbursement Amount:$2,250.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:
Loan Contact Zip Code:
Loan Contact Phone Number:855-337-6884
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****2980U18G10633002
Loan Attending School Name:Houston Community College
Loan Attending School OPEID:01063300
Loan Date:10/10/2017
Loan Repayment Begin Date:03/02/2022
Loan Period Begin Date:08/28/2017
Loan Period End Date:05/13/2018
Loan Amount:$4,338.00
Loan Disbursed Amount:$4,338.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$4,338.00
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$480.70
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:4.45%
Loan Actual Interest Rate:0.00%

Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2018
Capitalized Interest:$0.00
Net Loan Amount:$4,338.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$4,338.00
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$4,338.00
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:10/18/2023
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:03/02/2022
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:09/01/2021
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:10/10/2017
Loan Disbursement Date:03/06/2018
Loan Disbursement Amount:$2,169.00
Loan Disbursement Date:10/10/2017
Loan Disbursement Amount:$2,169.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:

Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****2980S17G10633001
Loan Attending School Name:Houston Community College
Loan Attending School OPEID:01063300
Loan Date:09/12/2016
Loan Repayment Begin Date:03/02/2022
Loan Period Begin Date:08/22/2016
Loan Period End Date:05/14/2017
Loan Amount:$4,500.00
Loan Disbursed Amount:$4,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$4,500.00
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$23.62
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:3.76%
Loan Actual Interest Rate:0.00%
Loan Statutory Interest Rate:3.76%
Loan Repayment Plan Type Code:I5
Loan Repayment Plan Type Code Description:Saving on a Valuable Education (SAVE)
Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2017
Capitalized Interest:$0.00
Net Loan Amount:$4,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$4,500.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$4,500.00
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023

```
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:03/02/2022
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:09/01/2021
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:09/12/2016
Loan Disbursement Date:02/07/2017
Loan Disbursement Amount:$2,250.00
Loan Disbursement Date:09/12/2016
Loan Disbursement Amount:$2,250.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:
Loan Contact Zip Code:
Loan Contact Phone Number:855-337-6884
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****2980U17G10633001
Loan Attending School Name:Houston Community College
Loan Attending School OPEID:01063300
Loan Date:09/12/2016
Loan Repayment Begin Date:03/02/2022
Loan Period Begin Date:08/22/2016
Loan Period End Date:05/14/2017
Loan Amount:$4,273.00
Loan Disbursed Amount:$4,273.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$4,273.00
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$572.70
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:3.76%
Loan Actual Interest Rate:0.00%
Loan Statutory Interest Rate:3.76%
Loan Repayment Plan Type Code:I5
Loan Repayment Plan Type Code Description:Saving on a Valuable Education (SAVE)
Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
```

Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2017
Capitalized Interest:$0.00
Net Loan Amount:$4,273.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$4,273.00
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$4,273.00
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:10/18/2023
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:03/02/2022
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:09/01/2021
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:09/12/2016
Loan Disbursement Date:02/07/2017
Loan Disbursement Amount:$2,137.00
Loan Disbursement Date:09/12/2016
Loan Disbursement Amount:$2,136.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:
Loan Contact Zip Code:
Loan Contact Phone Number:855-337-6884
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:

```
Loan Attending School OPEID:01063300
Loan Date:02/23/2016
Loan Repayment Begin Date:03/02/2022
Loan Period Begin Date:01/19/2016
Loan Period End Date:05/15/2016
Loan Amount:$2,250.00
Loan Disbursed Amount:$2,250.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$2,250.00
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$13.48
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:4.29%
Loan Actual Interest Rate:0.00%
Loan Statutory Interest Rate:4.29%
Loan Repayment Plan Type Code:I5
Loan Repayment Plan Type Code Description:Saving on a Valuable Education (SAVE)
Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2016
Capitalized Interest:$0.00
Net Loan Amount:$2,250.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$2,250.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$2,250.00
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:10/18/2023
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
```

```
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:09/01/2021
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:02/23/2016
Loan Disbursement Date:03/21/2016
Loan Disbursement Amount:$1,125.00
Loan Disbursement Date:02/23/2016
Loan Disbursement Amount:$1,125.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:
Loan Contact Zip Code:
Loan Contact Phone Number:855-337-6884
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****2980U16G10633001
Loan Attending School Name:Houston Community College
Loan Attending School OPEID:01063300
Loan Date:02/23/2016
Loan Repayment Begin Date:03/02/2022
Loan Period Begin Date:01/19/2016
Loan Period End Date:05/15/2016
Loan Amount:$2,878.00
Loan Disbursed Amount:$2,878.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$2,878.00
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$528.57
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:4.29%
Loan Actual Interest Rate:0.00%
Loan Statutory Interest Rate:4.29%
Loan Repayment Plan Type Code:I5
Loan Repayment Plan Type Code Description:Saving on a Valuable Education (SAVE)
Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2016
```

Calculated Unsubsidized Aggregate OPB:$2,878.00
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$2,878.00
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:10/18/2023
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:03/02/2022
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:09/01/2021
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:02/23/2016
Loan Disbursement Date:03/21/2016
Loan Disbursement Amount:$1,439.00
Loan Disbursement Date:02/23/2016
Loan Disbursement Amount:$1,439.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:
Loan Contact Zip Code:
Loan Contact Phone Number:855-337-6884
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****2980S16G03652001
Loan Attending School Name:University of Houston
Loan Attending School OPEID:00365200
Loan Date:08/24/2015
Loan Repayment Begin Date:03/02/2022
Loan Period Begin Date:08/24/2015

Loan Canceled Date:
Loan Outstanding Principal Balance:$2,250.00
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$13.48
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:4.29%
Loan Actual Interest Rate:0.00%
Loan Statutory Interest Rate:4.29%
Loan Repayment Plan Type Code:I5
Loan Repayment Plan Type Code Description:Saving on a Valuable Education (SAVE)
Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2016
Capitalized Interest:$0.00
Net Loan Amount:$2,250.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$2,250.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$2,250.00
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:10/18/2023
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:03/02/2022
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:09/01/2021
Loan Status:IA

Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:
Loan Contact Zip Code:
Loan Contact Phone Number:855-337-6884
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****2980U16G03652001
Loan Attending School Name:University of Houston
Loan Attending School OPEID:00365200
Loan Date:08/24/2015
Loan Repayment Begin Date:03/02/2022
Loan Period Begin Date:08/24/2015
Loan Period End Date:01/18/2016
Loan Amount:$3,000.00
Loan Disbursed Amount:$3,000.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$3,000.00
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$620.31
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:4.29%
Loan Actual Interest Rate:0.00%
Loan Statutory Interest Rate:4.29%
Loan Repayment Plan Type Code:I5
Loan Repayment Plan Type Code Description:Saving on a Valuable Education (SAVE)
Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2016
Capitalized Interest:$0.00
Net Loan Amount:$3,000.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$3,000.00
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE

```
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:10/18/2023
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:03/02/2022
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:09/01/2021
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:08/24/2015
Loan Disbursement Date:08/24/2015
Loan Disbursement Amount:$3,000.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:
Loan Contact Zip Code:
Loan Contact Phone Number:855-337-6884
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****2980U15G03652001
Loan Attending School Name:University of Houston
Loan Attending School OPEID:00365200
Loan Date:11/18/2014
Loan Repayment Begin Date:03/02/2022
Loan Period Begin Date:08/25/2014
Loan Period End Date:05/04/2015
Loan Amount:$6,500.00
Loan Disbursed Amount:$6,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$6,500.00
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$1,665.48
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:4.66%
```

Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2015
Capitalized Interest:$0.00
Net Loan Amount:$6,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$6,500.00
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$6,500.00
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:10/18/2023
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:03/02/2022
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:09/01/2021
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:11/18/2014
Loan Disbursement Date:01/20/2015
Loan Disbursement Amount:$3,250.00
Loan Disbursement Date:11/18/2014
Loan Disbursement Amount:$3,250.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:

Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****2980S12G10633001
Loan Attending School Name:Houston Community College
Loan Attending School OPEID:01063300
Loan Date:12/15/2011
Loan Repayment Begin Date:11/15/2012
Loan Period Begin Date:08/27/2011
Loan Period End Date:05/13/2012
Loan Amount:$3,500.00
Loan Disbursed Amount:$3,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$3,592.47
Loan Outstanding Principal Balance as of Date:04/02/2025
Loan Outstanding Interest Balance:$57.18
Loan Outstanding Interest Balance as of Date:04/02/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:3.40%
Loan Actual Interest Rate:0.00%
Loan Statutory Interest Rate:3.40%
Loan Repayment Plan Type Code:I5
Loan Repayment Plan Type Code Description:Saving on a Valuable Education (SAVE)
Loan Repayment Plan Begin Date:12/05/2023
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:09/01/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:08/30/2025
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:First Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:2012
Capitalized Interest:$92.47
Net Loan Amount:$3,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$3,500.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/02/2025
DelinqDate:
Current Loan Status:FB
Current Loan Status Description:FORBEARANCE
Highest Historical Outstanding Principal Balance (OPB):$3,592.47
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/29/2024
Loan Status:RP
Loan Status Description:IN REPAYMENT

Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:08/28/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:07/05/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/04/2022
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:05/14/2012
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:12/15/2011
Loan Disbursement Date:02/18/2012
Loan Disbursement Amount:$1,750.00
Loan Disbursement Date:12/15/2011
Loan Disbursement Amount:$1,750.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:507
Loan Contact Name:DEPT OF ED/EDFINANCIAL
Loan Contact Street Address 1:
Loan Contact Street Address 2:
Loan Contact City:
Loan Contact State Code:
Loan Contact Zip Code:
Loan Contact Phone Number:855-337-6884
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@edfinancial.studentaid.gov
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Grant Type Code:PE
Grant Type Code Description:FEDERAL PELL GRANT
Grant Attending School Name:San Jacinto Community College District
Grant Attending School OPEID:00360900
Grant Award Year:2020 - 2021
Grant Scheduled Amount:$6,345.00
Grant Award Amount:$7,139.00
Grant Disbursed Amount:$6,346.00
Grant First Time:No
Grant Additional Eligibility:Yes
Award ID:
Conversion Date:
Children Of Fallen Heroes Indicator:No
Aid Recipient's Percent Eligibility Used (EU):100.016%
Aid Recipient's Total Percent Eligibility Used (TEU):100.016%
College Grade Level Code:0
Grant Contact Type:Attending School
Grant Contact Code:00360900
Grant Contact Name:San Jacinto Community College District
Grant Contact Street Address 1:4624 Fairmont Parkway
Grant Contact Street Address 2:
Grant Contact City:Pasadena
Grant Contact State Code:TX
Grant Contact Zip Code:77505
Phone Number:281-998-6342
Phone Extension:
Email Address:joellen.price@sjcd.edu
Web Site Address:http://sjcd.edu
Grant Type Code:PE

Grant Award Year:2019 - 2020
Grant Scheduled Amount:$6,195.00
Grant Award Amount:$5,421.00
Grant Disbursed Amount:$2,323.00
Grant First Time:No
Grant Additional Eligibility:No
Award ID:
Conversion Date:
Children Of Fallen Heroes Indicator:No
Aid Recipient's Percent Eligibility Used (EU):37.498%
Aid Recipient's Total Percent Eligibility Used (TEU):37.498%
College Grade Level Code:0
Grant Contact Type:Attending School
Grant Contact Code:00360900
Grant Contact Name:San Jacinto Community College District
Grant Contact Street Address 1:4624 Fairmont Parkway
Grant Contact Street Address 2:
Grant Contact City:Pasadena
Grant Contact State Code:TX
Grant Contact Zip Code:77505
Phone Number:281-998-6342
Phone Extension:
Email Address:joellen.price@sjcd.edu
Web Site Address:http://sjcd.edu
Grant Type Code:PE
Grant Type Code Description:FEDERAL PELL GRANT
Grant Attending School Name:Houston Community College
Grant Attending School OPEID:01063300
Grant Award Year:2018 - 2019
Grant Scheduled Amount:$6,095.00
Grant Award Amount:$9,142.00
Grant Disbursed Amount:$4,571.00
Grant First Time:No
Grant Additional Eligibility:Yes
Award ID:
Conversion Date:
Children Of Fallen Heroes Indicator:No
Aid Recipient's Percent Eligibility Used (EU):74.996%
Aid Recipient's Total Percent Eligibility Used (TEU):74.996%
College Grade Level Code:0
Grant Contact Type:Attending School
Grant Contact Code:01063300
Grant Contact Name:Houston Community College
Grant Contact Street Address 1:3100 MAIN STREET
Grant Contact Street Address 2:
Grant Contact City:HOUSTON
Grant Contact State Code:TX
Grant Contact Zip Code:77002
Phone Number:713-718-2843
Phone Extension:
Email Address:boni.jacobs@hccs.edu
Web Site Address:
Grant Type Code:PE
Grant Type Code Description:FEDERAL PELL GRANT
Grant Attending School Name:Houston Community College
Grant Attending School OPEID:01063300
Grant Award Year:2017 - 2018
Grant Scheduled Amount:$5,920.00
Grant Award Amount:$5,920.00
Grant Disbursed Amount:$5,920.00
Grant First Time:No
Grant Additional Eligibility:No
Award ID:

Aid Recipient's Total Percent Eligibility Used (TEU):100.000%
College Grade Level Code:0
Grant Contact Type:Attending School
Grant Contact Code:01063300
Grant Contact Name:Houston Community College
Grant Contact Street Address 1:3100 MAIN STREET
Grant Contact Street Address 2:
Grant Contact City:HOUSTON
Grant Contact State Code:TX
Grant Contact Zip Code:77002
Phone Number:713-718-2843
Phone Extension:
Email Address:boni.jacobs@hccs.edu
Web Site Address:
Grant Type Code:PE
Grant Type Code Description:FEDERAL PELL GRANT
Grant Attending School Name:Houston Community College
Grant Attending School OPEID:01063300
Grant Award Year:2016 - 2017
Grant Scheduled Amount:$5,815.00
Grant Award Amount:$5,815.00
Grant Disbursed Amount:$4,361.00
Grant First Time:No
Grant Additional Eligibility:No
Award ID:
Conversion Date:
Children Of Fallen Heroes Indicator:No
Aid Recipient's Percent Eligibility Used (EU):74.995%
Aid Recipient's Total Percent Eligibility Used (TEU):74.995%
College Grade Level Code:0
Grant Contact Type:Attending School
Grant Contact Code:01063300
Grant Contact Name:Houston Community College
Grant Contact Street Address 1:3100 MAIN STREET
Grant Contact Street Address 2:
Grant Contact City:HOUSTON
Grant Contact State Code:TX
Grant Contact Zip Code:77002
Phone Number:713-718-2843
Phone Extension:
Email Address:boni.jacobs@hccs.edu
Web Site Address:
Grant Type Code:PE
Grant Type Code Description:FEDERAL PELL GRANT
Grant Attending School Name:University of Houston
Grant Attending School OPEID:00365200
Grant Award Year:2015 - 2016
Grant Scheduled Amount:$5,775.00
Grant Award Amount:$5,730.00
Grant Disbursed Amount:$2,166.00
Grant First Time:No
Grant Additional Eligibility:No
Award ID:
Conversion Date:
Children Of Fallen Heroes Indicator:No
Aid Recipient's Percent Eligibility Used (EU):37.506%
Aid Recipient's Total Percent Eligibility Used (TEU):75.013%
College Grade Level Code:0
Grant Contact Type:Attending School
Grant Contact Code:00365200
Grant Contact Name:University of Houston
Grant Contact Street Address 1:5000 Gulf Freeway, ERP 2, Room 224
Grant Contact Street Address 2:

```
Phone Number:713-743-4360
Phone Extension:
Email Address:rbrazzle@Central.UH.EDU
Web Site Address:https://uh.edu/financial/
Grant Type Code:PE
Grant Type Code Description:FEDERAL PELL GRANT
Grant Attending School Name:Houston Community College
Grant Attending School OPEID:01063300
Grant Award Year:2015 - 2016
Grant Scheduled Amount:$5,775.00
Grant Award Amount:$5,775.00
Grant Disbursed Amount:$2,166.00
Grant First Time:No
Grant Additional Eligibility:No
Award ID:
Conversion Date:
Children Of Fallen Heroes Indicator:No
Aid Recipient's Percent Eligibility Used (EU):37.506%
Aid Recipient's Total Percent Eligibility Used (TEU):75.013%
College Grade Level Code:0
Grant Contact Type:Attending School
Grant Contact Code:01063300
Grant Contact Name:Houston Community College
Grant Contact Street Address 1:3100 MAIN STREET
Grant Contact Street Address 2:
Grant Contact City:HOUSTON
Grant Contact State Code:TX
Grant Contact Zip Code:77002
Phone Number:713-718-2843
Phone Extension:
Email Address:boni.jacobs@hccs.edu
Web Site Address:
Grant Type Code:PE
Grant Type Code Description:FEDERAL PELL GRANT
Grant Attending School Name:Houston Community College
Grant Attending School OPEID:01063300
Grant Award Year:2011 - 2012
Grant Scheduled Amount:$5,550.00
Grant Award Amount:$5,550.00
Grant Disbursed Amount:$4,857.00
Grant First Time:No
Grant Additional Eligibility:No
Award ID:
Conversion Date:
Children Of Fallen Heroes Indicator:No
Aid Recipient's Percent Eligibility Used (EU):87.514%
Aid Recipient's Total Percent Eligibility Used (TEU):87.514%
College Grade Level Code:0
Grant Contact Type:Attending School
Grant Contact Code:01063300
Grant Contact Name:Houston Community College
Grant Contact Street Address 1:3100 MAIN STREET
Grant Contact Street Address 2:
Grant Contact City:HOUSTON
Grant Contact State Code:TX
Grant Contact Zip Code:77002
Phone Number:713-718-2843
Phone Extension:
Email Address:boni.jacobs@hccs.edu
Web Site Address:
Program School Name:San Jacinto Community College District
Program School OPEID:00360900
```

Program Credential Level Code Description:ASSOCIATE?S DEGREE
Program Begin Date:01/13/2020
Program Published Length in Years:2.0
Special Program Indicator Code:N
Special Program Indicator Description:NOT APPLICABLE
Program Status Code:W
Program Status Code Description:WITHDRAWN
Program Status Effective Date:10/17/2023
Program Status Code:H
Program Status Code Description:HALF TIME
Program Status Effective Date:10/09/2023
Program Status Code:W
Program Status Code Description:WITHDRAWN
Program Status Effective Date:01/13/2020
Program School Name:San Jacinto Community College District
Program School OPEID:00360900
Program Cip Year:2020
Program Cip Code:520201
Program CIP Title:Business Administration and Management, General.
Program Credential Level Code:02
Program Credential Level Code Description:ASSOCIATE?S DEGREE
Program Begin Date:01/13/2020
Program Published Length in Years:2.0
Special Program Indicator Code:N
Special Program Indicator Description:NOT APPLICABLE
Program Status Code:W
Program Status Code Description:WITHDRAWN
Program Status Effective Date:01/17/2023
Program Status Code:W
Program Status Code Description:WITHDRAWN
Program Status Effective Date:09/01/2021
Program Status Code:Q
Program Status Code Description:THREE QUARTER TIME
Program Status Effective Date:06/24/2021
Program Status Code:H
Program Status Code Description:HALF TIME
Program Status Effective Date:03/25/2021
Program Status Code:Q
Program Status Code Description:THREE QUARTER TIME
Program Status Effective Date:02/27/2020
Program School Name:Houston Community College
Program School OPEID:01063300
Program Cip Year:2010
Program Cip Code:240102
Program CIP Title:General Studies.
Program Credential Level Code:02
Program Credential Level Code Description:ASSOCIATE?S DEGREE
Program Begin Date:08/26/2019
Program Published Length in Years:2.0
Special Program Indicator Code:N
Special Program Indicator Description:NOT APPLICABLE
Program Status Code:W
Program Status Code Description:WITHDRAWN
Program Status Effective Date:09/14/2019
Program Status Code:Q
Program Status Code Description:THREE QUARTER TIME
Program Status Effective Date:01/14/2019
Program Status Code:H
Program Status Code Description:HALF TIME
Program Status Effective Date:06/04/2018
Program Status Code:Q
Program Status Code Description:THREE QUARTER TIME

Program Status Code:Q
Program Status Code Description:THREE QUARTER TIME
Program Status Effective Date:01/16/2018
Program School Name:Houston Community College
Program School OPEID:01063300
Program Cip Year:2010
Program Cip Code:521501
Program CIP Title:Real Estate.
Program Credential Level Code:02
Program Credential Level Code Description:ASSOCIATE?S DEGREE
Program Begin Date:06/03/2019
Program Published Length in Years:2.0
Special Program Indicator Code:N
Special Program Indicator Description:NOT APPLICABLE
Program Status Code:W
Program Status Code Description:WITHDRAWN
Program Status Effective Date:09/14/2019
Program Status Code:Q
Program Status Code Description:THREE QUARTER TIME
Program Status Effective Date:08/26/2019
Program Status Code:W
Program Status Code Description:WITHDRAWN
Program Status Effective Date:06/29/2019
Program Status Code:H
Program Status Code Description:HALF TIME
Program Status Effective Date:06/03/2019
Program School Name:University of Houston
Program School OPEID:00365200
Program Cip Year:2010
Program Cip Code:160901
Program CIP Title:French Language and Literature.
Program Credential Level Code:03
Program Credential Level Code Description:BACHELOR?S DEGREE
Program Begin Date:12/24/2014
Program Published Length in Years:4.0
Special Program Indicator Code:N
Special Program Indicator Description:NOT APPLICABLE
Program Status Code:W
Program Status Code Description:WITHDRAWN
Program Status Effective Date:12/17/2015
Program Status Code:H
Program Status Code Description:HALF TIME
Program Status Effective Date:08/24/2015
Program Status Code:H
Program Status Code Description:HALF TIME
Program Status Effective Date:01/20/2015
Award School Name:San Jacinto Community College District
Award School OPEID:00360900
Award Earliest Disbursement Date:10/26/2020
Award Loan Period Begin Date:08/24/2020
Award Loan Period End Date:05/14/2021
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:San Jacinto Community College District
Award School OPEID:00360900
Award Earliest Disbursement Date:04/07/2020
Award Loan Period Begin Date:01/13/2020
Award Loan Period End Date:05/08/2020
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:San Jacinto Community College District
Award School OPEID:00360900
Award Earliest Disbursement Date:04/07/2020

```
Award Subsidy Status:
Award School Name:Houston Community College
Award School OPEID:01063300
Award Earliest Disbursement Date:09/19/2018
Award Loan Period Begin Date:08/27/2018
Award Loan Period End Date:05/12/2019
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:Houston Community College
Award School OPEID:01063300
Award Earliest Disbursement Date:09/19/2018
Award Loan Period Begin Date:08/27/2018
Award Loan Period End Date:05/12/2019
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:Houston Community College
Award School OPEID:01063300
Award Earliest Disbursement Date:09/19/2017
Award Loan Period Begin Date:08/28/2017
Award Loan Period End Date:05/13/2018
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:Houston Community College
Award School OPEID:01063300
Award Earliest Disbursement Date:09/19/2017
Award Loan Period Begin Date:08/28/2017
Award Loan Period End Date:05/13/2018
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:Houston Community College
Award School OPEID:01063300
Award Earliest Disbursement Date:10/10/2017
Award Loan Period Begin Date:08/28/2017
Award Loan Period End Date:05/13/2018
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:Houston Community College
Award School OPEID:01063300
Award Earliest Disbursement Date:10/10/2017
Award Loan Period Begin Date:08/28/2017
Award Loan Period End Date:05/13/2018
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:Houston Community College
Award School OPEID:01063300
Award Earliest Disbursement Date:09/12/2016
Award Loan Period Begin Date:08/22/2016
Award Loan Period End Date:05/14/2017
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:Houston Community College
Award School OPEID:01063300
Award Earliest Disbursement Date:09/12/2016
Award Loan Period Begin Date:08/22/2016
Award Loan Period End Date:05/14/2017
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:Houston Community College
Award School OPEID:01063300
Award Earliest Disbursement Date:02/23/2016
Award Loan Period Begin Date:01/19/2016
Award Loan Period End Date:05/15/2016
Award Subsidized Usage:0.0
```

Award Earliest Disbursement Date:02/23/2016
Award Loan Period Begin Date:01/19/2016
Award Loan Period End Date:05/15/2016
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:University of Houston
Award School OPEID:00365200
Award Earliest Disbursement Date:08/24/2015
Award Loan Period Begin Date:08/24/2015
Award Loan Period End Date:01/18/2016
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:University of Houston
Award School OPEID:00365200
Award Earliest Disbursement Date:08/24/2015
Award Loan Period Begin Date:08/24/2015
Award Loan Period End Date:01/18/2016
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:University of Houston
Award School OPEID:00365200
Award Earliest Disbursement Date:11/18/2014
Award Loan Period Begin Date:08/25/2014
Award Loan Period End Date:05/04/2015
Award Subsidized Usage:0.0
Award Subsidy Status:
Award School Name:Houston Community College
Award School OPEID:01063300
Award Earliest Disbursement Date:12/15/2011
Award Loan Period Begin Date:08/27/2011
Award Loan Period End Date:05/13/2012
Award Subsidized Usage:0.0
Award Subsidy Status:
Enrolled School Name:San Jacinto Community College District
Enrolled School OPEID:00360900
Enrolled Status Code:W
Enrolled Status Code Description:WITHDRAWN
Enrolled Status Date:10/17/2023
Enrolled School Name:Houston Community College
Enrolled School OPEID:01063300
Enrolled Status Code:W
Enrolled Status Code Description:WITHDRAWN
Enrolled Status Date:09/14/2019
Enrolled School Name:University of Houston
Enrolled School OPEID:00365200
Enrolled Status Code:W
Enrolled Status Code Description:WITHDRAWN
Enrolled Status Date:12/17/2015
Enrolled School Name:Lamar University
Enrolled School OPEID:00358100
Enrolled Status Code:W
Enrolled Status Code Description:WITHDRAWN
Enrolled Status Date:03/26/2014