UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
**F I L E D**

JUL 3 1 2025

Nathan Ochsner, Clerk of Court

IN RE:

Angela Renee Davenport, Debtor

Angela Renee Davenport,

Plaintiff,

v.

United States Department of Education, Sallie Mae Bank, and Mary B. Davenport,

Defendants.

Adversary No.: 25-03408

## JOINDER AND REQUEST TO ACCEPT LATE FILING FOR DEFENDANT MARY B. DAVENPORT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE: Eduardo V Rodriguez

COMES NOW Plaintiff, Angela Renee Davenport, and files this Joinder and Request to Accept Late Filing on behalf of Defendant Mary B. Davenport, and respectfully states the following:

1. Mary B. Davenport is a named defendant in this adversary proceeding solely as a co-signer on a private student loan issued by Sallie Mae Bank. She is not associated with any loans serviced or owned by the United States Department of Education.

2. Although Ms. Davenport prepared and attempted to submit her response to the Summons and Complaint, she mistakenly mailed her documents to the wrong court address, which caused her response to not be timely filed with the Court.

3. As a 73-year-old retiree with no legal training and limited understanding of court procedures, Ms. Davenport acted in good faith but was unaware of the proper filing protocol.

4. Plaintiff respectfully requests that the Court accept this late filing and allow Defendant Mary B. Davenport to join in the relief requested in this case, including discharge of the Sallie Mae loan.

5. No party will be prejudiced by allowing this late submission, and it serves the interests of fairness and judicial efficiency, especially considering Ms. Davenport's age, fixed income status, and lack of direct benefit from the loan.

**WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion, accept the late joinder of Defendant Mary B. Davenport, and extend any discharge granted in this proceeding to her as a co-obligor.**

Respectfully submitted,

Angela Renee Davenport

Plaintiff, Pro Se

P.O Box 84611

Pearland, Texas 77584

Phone: 832-914-7099

Email: theangeladavenport@gmail.com

Signature: *[signed] Angela R. Davenport*

July 30 2025